FILED by **MC** D.C.

Oct 19, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-20212-CR-GAYLES/TORRES**

CASE NO: _____

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA,

vs.

MISAEL JIMENEZ-CASTRO,

      **Defendant.**

_____/

### INFORMATION

The United States Attorney charges that:

### COUNT 1
**Possession of Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about July 29, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MISAEL JIMENEZ-CASTRO,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, Social Security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

### COUNT 2
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about July 29, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MISAEL JIMENEZ-CASTRO,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, Social Security numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count I of this Information, did knowingly possess, without lawful authority, the means of identification of another person, that is, the name, Social Security number, and date of birth of an individual with the initial "C.S.," in violation of Title 18, United States Code, Section 1028(a)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **MISAEL JIMENEZ-CASTRO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029(a)(3), as alleged in this Indictment, the defendant shall immediately forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature: Jonathan Bailyn]*
JONATHAN BAILYN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MISAEL JIMENEZ-CASTRO,

Defendant
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | Yes | No |
|---|---|---|---|
| New defendant(s) | | ____ | ____ |
| Number of new defendants | | ____ | |
| Total number of counts | | ____ | |

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**

4. This case will take **0** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days
   - III  11 to 20 days
   - IV   21 to 60 days
   - V    61 days and over

   (Check only one)
   - Petty
   - Minor
   - Misdem.
   - Felony    ✓

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **1:20-mj-03280-JJO**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **July 30, 2020**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? Yes ___ No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes ___ No ✓

*signature: Jonathan Bailyn*
Jonathan Bailyn
Assistant United States Attorney
Court ID. A5502602

*Penalty Sheet(s) attached

REV 8/13/2018

Case 1:20-cr-20212-DPG Document 8 Entered on FLSD Docket 10/19/2020 Page 5 of 6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Misael Jimenez-Castro

**Case No:**

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| MISAEL JIMENEZ-CASTRO, | ) |
| | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____David Magilligan_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*